IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRADLEY R. GRIM, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | NO. 13-4678 |
| | : | |
| SUPT. ERIC BUSH, et al., | : | |
| Respondents. | : | |

FILED
MAR 16 2015
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## ORDER

**AND NOW**, this 16th day of March, 2015, upon independent consideration of the Petition for Writ of Habeas Corpus (Doc. No. 1), the Response to the Petition (Doc. No. 6), and after review of the Report and Recommendation of United States Magistrate Judge Henry S. Perkin dated February 27, 2015, **IT IS ORDERED** that:

1. the Report and Recommendation is **APPROVED** and **ADOPTED**;

2. the Petition for a Writ of Habeas Corpus is **STAYED** and held in **ABEYANCE** until the conclusion of Petitioner's state appellate proceedings;

3. Petitioner shall return to federal court within thirty (30) days following the conclusion of his state court proceedings. If Petitioner does not return to federal court within thirty (30) days following the conclusion of his state court proceedings, this stay and abeyance order is vacated and the Petition is dismissed without prejudice; and

4. there is no probable cause to issue a certificate of appealability.

BY THE COURT:

_/s/ Joel Slomsky_
JOEL H. SLOMSKY, J.